1  JOSEPH F. SOARES–#212995
   **HORSWILL, MEDEROS & SOARES**
2  Attorneys at Law
   791 North Cherry Street
3  Post Office Box 29
   Tulare, California 93275
4  Telephone:  (559) 686-3861
   Facsimile: (559) 686-1514
5
   Attorneys for ALVIN L. SOUZA dba ALVIN SOUZA DAIRY
6

7              **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA**

9                         -o0o-

10 ALVIN L. SOUZA dba ALVIN SOUZA      )   Case No. 1:10-CV-00832-AWI-GSA
   DAIRY,                              )
11                                     )
              Plaintiff,               )   STIPULATION AND ORDER
12 v.                                  )   TO MOVE HEARING DATE
                                       )
13 LUIS OLIVEIRA FERNANDES,            )
   MARLENE A. FERNANDES, ind. and      )   Hearing Date: June 21, 2010
14 dba FERNANDES FAMILY JERSEYS,       )   Hearing Time: 1:30 p.m.
   BRENT FERNANDES, A.L. GILBERT       )   Courtroom: 2, Eighth Floor
15 COMPANY, a California corporation,   )   Judge: Hon. Anthony W. Ishii
   SAN JOAQUIN VALLEY HAY              )
16 GROWERS ASSOCIATION, UNITED         )
   STATES OF AMERICA ACTING            )
17 THROUGH THE FARM SERVICE            )
   AGENCY, COUNTY BANK, and            )
18 DOES 1 through 30, inclusive,       )
                                       )
19            Defendants.              )
   _____)

20

21        1.    WHEREAS, on March 30, 2010, Plaintiff, ALVIN L. SOUZA dba ALVIN SOUZA

22 DAIRY (hereinafter "SOUZA") filed a Complaint, for among other things, breach of contract,

23 negligence and declaratory relief in Merced County Superior Court, Case No. CV000950.  Included

24 in the Complaint, SOUZA alleged that Defendant, UNITED STATES OF AMERICA, was an

25 interested party as they may have held an interest in the Secured Collateral as did other named

26 defendants.

27        2.    WHEREAS, on May 11, 2010, Defendant, UNITED STATES OF AMERICA,

28 removed SOUZA's state court action to this court.

                              1

3.     WHEREAS, on or about May 19, 2010, Defendant ,UNITED STATES OF AMERICA, filed a Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction claiming, among other things, that SOUZA's claim against the UNITED STATES OF AMERICA lacked jurisdiction over Rule 12(b)(1) and that dismissal must occur under Rule 12(b)(5) and 12(b)(6) because SOUZA failed to effect proper service and failed to state a claim upon which relief can be granted.

4.     WHEREAS, both judicial and party economy are served by granting this Stipulation and proposed Order to move the hearing date so that SOUZA and defendants may further discuss settlement and resolution between the parties.  Currently, SOUZA has entered into negotiations with Defendants, LUIS OLIVEIRA FERNANDES and MARLENE A. FERNANDES, to resolve this matter.  The parties hope that these negotiations will ultimately lead to a settlement which would result in the dismissal of the entire action.

## STIPULATIONS

1.     NOW THEREFORE, SOUZA by and through his attorney, Joseph F. Soares, the UNITED STATES OF AMERICA, by and through its attorney, Jeffrey J. Lodge, hereby stipulate that the hearing be moved, at a minimum for sixty (60) days so that the parties may continue to discuss settlement between them and they may further discuss other aspects of litigation in hopes that the matter can be resolved.

The above is so stipulated.

Dated: June ____, 2010                 HORSWILL, MEDEROS & SOARES


By_____
JOSEPH F. SOARES,
Attorneys for Plaintiff, Souza

Dated: June ____, 2010
                                        _____
                                        JEFFREY J. LODGE,
                                        Attorneys for Defendant, United States
                                        of America

1                                   **<u>CONFIRMING ORDER</u>**

2         The above stipulations are approved and the court grants the parties' request to stay the action

3 for sixty (60) days and to continue the Motion to Dismiss for Lack of Subject Matter Jurisdiction

4 currently set for June 21, 2010, at 1:30 p.m. to August 23, 2010, at 1:30 p.m., in Courtroom 2 before

5 the Honorable Anthony W. Ishii.

6

7 IT IS SO ORDERED.

8 **Dated:    June 4, 2010**                          **/s/ Anthony W. Ishii**

9                                           CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28