JOSEPH F. SOARES–#212995
**HORSWILL, MEDEROS & SOARES**
Attorneys at Law
791 North Cherry Street
Post Office Box 29
Tulare, California 93275
Telephone: (559) 686-3861
Facsimile: (559) 686-1514

Attorneys for ALVIN L. SOUZA dba ALVIN SOUZA DAIRY

FILED
AUG 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ALVIN L. SOUZA dba ALVIN SOUZA DAIRY,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS OLIVEIRA FERNANDES, MARLENE A. FERNANDES, ind. and dba FERNANDES FAMILY JERSEYS, BRENT FERNANDES, A.L. GILBERT COMPANY, a California corporation, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, UNITED STATES OF AMERICA ACTING THROUGH THE FARM SERVICE AGENCY, COUNTY BANK, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-00832-AWI-GSA<br><br>STIPULATION AND ORDER TO MOVE HEARING DATE<br><br>Hearing Date: August 23, 2010<br>Hearing Time: 1:30 p.m.<br>Courtroom: 2, Eighth Floor<br>Judge: Hon. Anthony W. Ishii |

1.  WHEREAS, on March 30, 2010, Plaintiff, ALVIN L. SOUZA dba ALVIN SOUZA DAIRY (hereinafter "SOUZA") filed a Complaint, for among other things, breach of contract, negligence and declaratory relief in Merced County Superior Court, Case No. CV000950. Included in the Complaint, SOUZA alleged that Defendant, UNITED STATES OF AMERICA, was an interested party as they may have held an interest in the Secured Collateral as did other named defendants.

2.  WHEREAS, on May 11, 2010, Defendant, UNITED STATES OF AMERICA, removed SOUZA's state court action to this court.

HORSWILL, MEDEROS & SOARES
ATTORNEYS AT LAW
791 N. CHERRY ST.
P. O. BOX 29
TULARE, CA 93275
(559) 686-3861

1

3. WHEREAS, on or about May 19, 2010, Defendant ,UNITED STATES OF AMERICA, filed a Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction claiming, among other things, that SOUZA's claim against the UNITED STATES OF AMERICA lacked jurisdiction over Rule 12(b)(1) and that dismissal must occur under Rule 12(b)(5) and 12(b)(6) because SOUZA failed to effect proper service and failed to state a claim upon which relief can be granted.

4. WHEREAS, both judicial and party economy are served by granting this Stipulation and proposed Order to move the hearing date so that SOUZA and defendants may further discuss settlement and resolution between the parties. Currently, SOUZA has entered into negotiations with Defendant, UNITED STATES OF AMERICA, and have come to a tentative resolution as to the claims against them. The parties hope that a final agreement will be completed within the next thirty (30) days which would result in a dismissal of the action against Defendant, UNITED STATES OF AMERICA.

## STIPULATIONS

1. NOW THEREFORE, SOUZA by and through his attorney, Joseph F. Soares, the UNITED STATES OF AMERICA, by and through its attorney, Jeffrey J. Lodge, hereby stipulate that the hearing be moved, at a minimum for sixty (60) days so that the parties may finalize the settlement between them.

The above is so stipulated.

Dated: August 10, 2010

HORSWILL, MEDEROS & SOARES

By _____
JOSEPH F. SOARES,
Attorneys for Plaintiff, Souza

Dated: August 12, 2010

_____
JEFFREY J. LODGE,
Attorneys for Defendant, United States of America

HORSWILL,
MEDEROS
& SOARES
ATTORNEYS AT LAW
791 N. CHERRY ST.
P. O. BOX 20
TULARE, CA 93275
(559) 686-3861

Stipulation and Order to Move Hearing Date        2

## CONFIRMING ORDER

The above Stipulations are approved and such are do ordered. The Stipulation and Order granting the parties' request to stay the action for sixty (60) days and continue the Motion to Dismiss for Lack of Subject Matter Jurisdiction currently set for August 23, 2010, at 1:30 p.m. to Nov. 1, 2010, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii.

Dated: Aug 13, 2010

JUDGE OF THE U.S. DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA

HORSWILL, MEDEROS & SOARES
ATTORNEYS AT LAW
791 N. CHERRY ST.
P. O. BOX 29
TULARE, CA 93275
(559) 686-3861

Stipulation and Order to Move Hearing Date    3