1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALVIN L. SOUZA d/b/a ALVIN SOUZA DAIRY,** ) | **1:10-cv-832  AWI GSA** |
| ) | |
| **Plaintiff**, ) | **ORDER STAYING CASE** |
| **v.** ) | **PURSUANT TO 11 U.S.C. § 362** |
| ) | |
| **LUIS OLIVEIRA FERNANDES, MARLENE FERNANDES, individually and d/b/a FERNANDES FAMILY JERSEYS, et. al.,** ) | (Doc. Nos. 18, 19) |
| ) | |
| **Defendants.** ) | |

9
10
11
12
13
14
15
16
17

18      On October 12, 2010, Defendants Luis Oliveira Fernandes and Marlene Fernandes filed a

19   notice of bankruptcy.  See Court's Docket Doc. Nos. 18, 19.  The notices indicate that these

20   defendants filed Chapter 7 bankruptcy on September 30, 2010.  See id.  The notices state that the

21   automatic stay provisions of 11 U.S.C. § 362 apply.  See id.

22      "When a debtor files for bankruptcy, he is immediately protected by an automatic stay

23   under 11 U.S.C. § 362(a), which provides that a bankruptcy petition, among other things,

24   'operates as a stay, applicable to all entities, of the commencement or continuation … of a

25   judicial, administrative, or other action or proceeding against the debtor . . . .'" Sternberg v.

26   Johnston, 595 F.3d 937, 943 (9th Cir. 2009) (quoting 11 U.S.C. § 362(a)(1)); see Eskanos &

27   Adler, P.C. v. Leetien, 309 F.3d 1210, 1214 (9th Cir. 2002); In re White, 186 B.R. 700, 703

28   (B.A.P. 9th Cir. 1995).

Since the case at bar is against the Fernandeses, and was filed before the September 30, 2010, the automatic stay of 11 U.S.C. § 362(a)(1) applies.  See id.  This case is stayed.

Accordingly, IT IS HEREBY ORDERED that:

1.     This case is STAYED pursuant to 11 U.S.C. § 362(a)(1); and

2.     Defendants Luis Oliveira Fernandes and Marlene Fernandes shall inform this Court, within fourteen (14) days of the expiration of the stay, that the stay has expired due to the occurrence of an event listed in 11 U.S.C. § 362(c).[1]

IT IS SO ORDERED.

Dated:     October 14, 2010     
                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The failure of these Defendants to inform the Court of the expiration of the stay may result in the imposition of sanctions.

2