```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY J. LODGE
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Defendant United States of America

 7
```

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN L. SOUZA dba ALVIN SOUZA DAIRY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LUIS OLIVEIRA FERNANDES, MARLENE A. FERNANDES, individually and dba FERNANDES FAMILY JERSEYS, BRENT FERNANDES, A.L. GILBERT COMPANY, a California corporation, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, UNITED STATES OF AMERICA ACTING THROUGH THE FARM SERVICE AGENCY, COUNTY BANK, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. 1:10-CV-00832-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

　　　It is hereby stipulated by and between Plaintiff Alvin L. Souza, dba Alvin Souza Dairy, ("Souza")  and Defendant, United States of America, ("United States") and Defendants, Luis Oliveira Fernandes and Marlene A. Fernandes and Brent Fernandes, by and through their undersigned attorneys, all who have appeared in this matter, as well as the provisions of Fed. R. Civ. P. 41(a)(1), that Souza and the United States shall retain the collateral, or any proceeds therefrom, in their possession and that this action be dismissed without prejudice as to all parties and all causes of action.

///

IT IS SO STIPULATED.

                                                    Respectfully submitted,

Dated: April 13, 2011                    BENJAMIN B. WAGNER
                                              United States Attorney

                                     By:   /s/Jeffrey J. Lodge
                                              JEFFREY J. LODGE
                                              Assistant U.S. Attorney
                                              Attorneys for Defendant
                                              United States of America

Dated: February 14, 2011              HORSWILL, MEDEROS, & SOARES

                                                /s/Joseph F. Soares
                                     By:   JOSEPH F. SOARES
                                              Attorneys for Plaintiff

Dated: March 8, 2011                     LAW OFFICES OF BRADLEY A. SILVA

                                              /s/Bradley A. Silva
                                   By:   BRADLEY A. SILVA
                                              Attorneys for Defendants
                                              Luis Oliveira Fernandes and
                                              Marlene A. Fernandes and Brent Fernandes

## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated:   April 18, 2011

                                                   CHIEF UNITED STATES DISTRICT JUDGE